

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BRENDA POWELL | CIVIL ACTION NO. 1:08-cv-1689 |
| -vs- | JUDGE DRELL |
| WAL-MART LOUISIANA, LLC, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion to remand (Doc. #7) is DENIED, and all claims against William Lowery are DISMISSED WITH PREJUDICE.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of August, 2009.

Dee D. Drell
UNITED STATES DISTRICT JUDGE